IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL GLOVER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No.   18- 2270 |
| ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| LOUIS SHICKER, M.D., WEXFORD CORP. ) | |
| and STEVE MEEKS, M.D., ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT**

COUNT I
JURISDICTIONAL STATEMENT

Plaintiffs are all inmates or former inmates of the Illinois Department of Corrections. Plaintiffs' civil rights were violated in contravention of 42 U.S.C. §1983 because the Defendants were deliberately indifferent to Plaintiffs' medical condition in that inmates did not receive needed medical treatment for Hepatitis C.  As further set forth in this Complaint, Plaintiffs have exhausted all administrative remedies.

This action arises under the Eighth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.  Jurisdiction is invoked pursuant to 28 U.S.C.§§ 1331 and 1343(a).  This Court has jurisdiction over the Plaintiff's request for declaratory and injunctive relief pursuant to 28 U.S.C.§§ 2201-2202.

PARTIES

1. The Plaintiffs are or were inmates at various Correctional Centers, prisons maintained

by the Illinois Department of Corrections (hereinafter "IDOC") in Illinois who are eligible to file:

| Inmate # | Client Name | Our File # |
|---|---|---|
| N93316 | Michael Glover | 20939 |
| K03959 | Donald E. Mason | 20938 |
| B03020 | Jimmy Diaz | 20902 |
| A82300 | Kenneth Gholston | 20903 |
| B02087 | Alberto Rodriguez | 20904 |
| S16602 | Joshua Williams | 20905 |
| B90022 | John A. Berlin | 20907 |
| S15963 | Samuel Burney | 20908 |
| Y11888 | Brian C. Downs | 20909 |
| K98402 | Kenneth Stephens | 20910 |
| M20080 | Timothy Tobin | 20911 |
| B86716 | Brandon Ebmeyer | 20918 |
| B89862 | Shannon Hood | 20919 |
| M52806 | Jason Hubbard | 20920 |
| K97421 | Jason Madison | 20921 |
| B89357 | Charles Tindall | 20922 |
| B27458 | James Williams | 20923 |
| B03327 | Michael Beair | 20930 |
| B88364 | Terry R. Wilson | 20931 |
| M49231 | Dalton L. Bowman | 20940 |
| K66722 | Brian Mitchell | 20941 |
| B68353 | George White | 20942 |
| B64281 | Omarr Peterson | 20943 |
| B82081 | Christopher Westberry | 20944 |
| Y12707 | Brent Kielar | 20945 |
| S16457 | Robert J. Kirchner | 20946 |
| B14492 | Norvill Fields | 20947 |
| A72057 | Jerry Davis | 20950 |
| N76237 | Randall Higgins | 20951 |
| M51923 | Vincent Marsala | 20952 |
| M52387 | Scott Maydew | 20953 |
| Y12946 | Barry E. Mayo, Jr. | 20954 |
| A08240 | Charles Nelson | 20955 |
| B90054 | Benjamin Pigg | 20956 |
| Y12966 | John Quillinan | 20957 |
| K95685 | Samuel M. Roach, Jr. | 20958 |
| B02452 | Jeffrey Elders | 20959 |
| N33658 | Mitchell L. Barnett | 20960 |

| | | | |
|---|---|---|---|
| B18308 | Brian Ferguson | | 20961 |
| Y10842 | Rodney K. Griffin, Jr. | | 20962 |
| R66938 | Terrance Hatter | | 20963 |
| B12737 | Oscar Marmolejo | | 20964 |
| R52368 | Anthony D. Moody | | 20965 |
| R62374 | Christopher Newsome | | 20966 |
| N84919 | Nathan Redmond | | 20969 |
| Y12206 | Nathan Hickman | | 20970 |
| A61897 | Calvin Purnell | | 20971 |
| M02064 | Rudy Dozal | | 20972 |
| R34468 | Johnnie Tuck | | 20973 |
| B17505 | Willie Hunter | 20974 | |
| Y12217 | Bobby Johnson | 20975 | |
| Y13441 | Kory L. Lukancic | 20976 | |
| A92605 | Arlie E. Hensley | | 20977 |
| R58438 | Michael Berkey | | 20978 |
| R84575 | Lisa Liccardi | | 20983 |
| Y10700 | Quinn D. Sales | 20987 | |
| R15240 | Reginald Pendleton | | 20991 |
| B15257 | Joseph Redmond | 20992 | |
| K77400 | Michael Harris | | 20998 |
| R52455 | Timothy Bjork | | 20999 |
| S16836 | Brian Jockisch | | 21000 |
| R22985 | Shane A. Butzen | | 21001 |
| N95942 | Marshall R. Nathan | 21004 | |
| R76123 | Stephanie Kuhl | | 21014 |
| S16726 | Shane Carlton | | 21017 |
| N98164 | Orlando Washington | 21018 | |
| N01953 | James Robinson | | 21019 |
| N21616 | James Stewart | | 21020 |
| Y13380 | James Ray | 21021 | |
| R43662 | Salvatore Buscemi | | 21025 |
| K70132 | Anthony Milbratz | | 21026 |
| B86626 | Anthony A. Granfeldt | 21027 | |
| N81468 | Marcus Ford | | 21028 |
| B37169 | Wesley Peppers | | 21029 |
| B81563 | Joseph L. Draffen | | 21030 |
| K95964 | James C. Anderson | | 21031 |
| N18428 | James D. Bain | | 21032 |
| R30174 | Deandrea Ross | | 21033 |
| N77749 | Gary E. Turvey | | 21039 |
| B45427 | Brial T. Cleer | 21040 | |
| S05492 | Charles Stewart | | 21041 |
| B81372 | Chad Taft | | 21042 |

| | | |
|---|---|---|
| S06109 | Anthony Wingerter | 21043 |
| K79113 | Jimmie Miller | 21044 |
| B87420 | Charles E. Newman | 21045 |
| B15542 | James Daniels | 21046 |
| A97801 | Gregory A. Houston | 21052 |
| K88546 | Darryl P. Atwood | 21053 |
| Y14520 | Daniel J. Lomprez | 21054 |
| M34899 | Travis Whitmore | 21059 |
| B71246 | Mario Farmer | 21060 |
| B77669 | Maurice Macon | 21061 |
| B51765 | Alanido Coleman | 21062 |
| R22533 | Antrelle Clayborn | 21063 |
| A77947 | David Damon | 21064 |
| R15389 | Thomas Grace | 21065 |
| N23311 | James Hoskins | 21066 |
| M46618 | Martez Byrd | 21067 |
| R05381 | Jerald M. Digby | 21068 |
| R28651 | Demetrius Jernagin | 21069 |
| N70501 | Anthony Cosey | 21070 |
| N85041 | Jesse James, Jr. | 21073 |
| B89751 | Michael D. Christian | 21074 |
| R01283 | Roosevelt Jackson | 21075 |
| K81751 | Marco Lee | 21076 |
| R31000 | Robert Gipson | 21077 |
| M03034 | Andre Banks | 21078 |
| R20664 | Ryan Montgomery | 21080 |
| A81716 | Michael I. Vassar | 21081 |
| B65254 | William Peyton | 21082 |
| S07066 | Jeffrey E. Lankford | 21088 |
| Y12448 | Tyrel D. Collins | 21089 |
| K56553 | Christopher D. Raney | 21090 |
| B15543 | Norman B. Allen | 21093 |
| S11359 | Matthew T. Hall | 21103 |
| R41652 | Curtis A. Clark | 21104 |
| S16178 | Billy McCallister | 21105 |
| K64425 | Reggie Henley | 21106 |
| A93524 | Calvin Galloway | 21107 |
| N84147 | Maurice Coleman | 21108 |
| N36369 | Alan W. Belcher | 21109 |
| R73817 | DeJuan Wilkins | 21110 |
| M44768 | Justin Burnell | 21111 |
| R21657 | Stephen S. Wolfgram | 21112 |
| Y13465 | Jaconiah A. Newberry | 21113 |
| M47704 | Ronald Carey | 21114 |

| ID | Name | Number |
|---|---|---|
| K95290 | Sean R. VanMeter | 21117 |
| C71613 | Danny Lillard | 21128 |
| K03105 | Fredrick Tremain | 21133 |
| B46019 | Chris Caudill | 21137 |
| R71349 | Malcolm Conley | 21138 |
| B43919 | David Berkshire | 21139 |
| M18238 | James H. Durkee | 21140 |
| M14243 | Jacob Garcia | 21141 |
| K72700 | Scott A. Williams | 21142 |
| R27657 | Lindsey George | 21144 |
| B84778 | Bryan Jones | 21145 |
| S13486 | Coleman Barnes | 21147 |
| M19110 | Richard Malone | 21148 |
| A01237 | William Williams | 16849 |
| S17009 | Richard Graham | 21159 |
| N70043 | Brian Butt | 21165 |
| S01773 | Enrique Sanchez | 21183 |
| N90604 | Raheem Shakur | 21184 |
| B63838 | Harold Groel | 21185 |
| A10008 | James Sanders | 21190 |
| B16107 | Romalice Shavers | 21207 |
| B85264 | Roy E. Baker | 21208 |
| K50621 | Gregory Miller | 21222 |
| B71679 | Jason Evans | 21223 |
| A15583 | Napolean Hughes | 21224 |
| M19605 | Deandre Caldwell | 21225 |
| R59589 | Zachary B. Burns | 21226 |
| N60835 | Jackie Gary | 21227 |
| Y15000 | William D. Wellbourne | 21228 |
| A91262 | Armond Clark | 21231 |
| B03533 | Lawrence Lee | 21232 |
| N40378 | Donzell Harris | 21237 |
| S11420 | Aaron Murphy | 21238 |
| B57710 | Marvin Thomas | 21239 |
| K91845 | Duane E. Holliday | 21240 |
| M53920 | Anthony Ulgiati | 21241 |
| K54055 | Richard Tindall | 21242 |
| B82343 | Frankie W. Hook | 21243 |
| N12397 | Jerome Holder | 21244 |
| S10826 | Matthew S. Widel-Keller | 21245 |
| S04888 | Freddie L. Payne, Sr. | 21246 |
| R58477 | Thomas Ulve | 21247 |
| K69233 | James A. Haskell | 21248 |
| B84771 | David Edmundson | 21249 |

| | | | |
|---|---|---|---|
| Y11744 | Tina Miller | | 21250 |
| M55491 | Leroy Hazelwood | | 21251 |
| Y14706 | Timothy J. Carbray | | 21254 |
| N40314 | Marvin Parker | 21255 | |
| N63372 | Elbert Robinson | | 21263 |
| K98926 | Kevin P. Henry | 21264 | |
| S07077 | Calen M. Ballard | 21265 | |
| K53325 | Edward Colon | | 21266 |
| N00907 | Israel Santiago | | 21268 |
| A57708 | Stephen Johnson | | 21269 |
| S15942 | Stephen Rockwood | | 21270 |
| S02442 | Jeremy Richie | 21273 | |
| R14983 | Christopher Walwer | 21275 | |
| S10906 | Randall F. Turner | | 21276 |
| A71197 | Danny Lewis | | 21279 |
| M43109 | Joseph Engle | | 21290 |
| K91422 | Brandon E. Kamalii | | 21308 |
| B28626 | Zebulin Bowman | 21319 | |
| S15057 | Kyle Lehman | | 21325 |
| S17193 | Stephen Yurco | | 21327 |
| S11686 | Christopher Stufflebean | | 21334 |
| Y14071 | Jessie Dillon | 21339 | |
| B84056 | Laurence Clevenger | | 21347 |
| B26460 | Mark S. Keller, II | 21348 | |
| B29648 | Seth Lambert | 21349 | |
| K70475 | Michael Wolff | | 21350 |
| S05015 | Denzil W. Ridenour, Jr. | | 21354 |
| Y12794 | Kellen Bean | 21357 | |
| S13338 | Jerry Powell | 21363 | |
| B89888 | George Weingartner | | 21364 |
| N16283 | Jessie Ratcliff | 21372 | |
| M40569 | Albert Holmes | | 21384 |
| B13836 | Nolan Mitchell | 21387 | |
| R48249 | Travis Fisher | 21389 | |
| S16541 | Charles Armour | 21394 | |
| Y13671 | Richard Brown | 21399 | |
| S01117 | Jesse Harris | 21408 | |
| M12290 | James Ermschler | | 21409 |
| A92662 | Robert Hudson | | 21412 |
| R69604 | Anthony Muniz | 21413 | |
| Y17655 | Zachary Hill | 21416 | |
| M54208 | Eric Williams | | 21417 |
| M14376 | Rocky Daniels | 21418 | |
| K80719 | Jeffery Weir | 21421 | |

| ID | Name | Number |
|---|---|---|
| Y15421 | Anthony Cress | 21427 |
| Y16843 | Shawn Brautigam | 21429 |
| N67639 | Kenneth Bates | 21437 |
| K79195 | Joshua Lee | 21438 |
| S02782 | Jeremy Stephens | 21445 |
| S02621 | Chad Carrow | 21447 |
| N52247 | Julio Medina | 21448 |
| K88079 | Jeff LeMatty | 21458 |
| B15173 | Michael Stewart | 21466 |
| S02752 | Eddy W. Hays | 21471 |
| M48458 | Blair G. Lavoy | 21478 |
| N40343 | Alfred Fly | 21479 |
| R44465 | Michael Shan | 21480 |
| R52587 | Andrew Hancock | 21482 |
| B85645 | Charles F. Vasquez | 21483 |
| B90102 | Dwayne L. Willis | 21484 |
| Y16462 | Joseph A. Cook | 21486 |
| Y14117 | Austin Hulett | 21487 |
| B58984 | James L. Banks | 21490 |
| S01725 | Larry P. Korunka | 21491 |
| K62512 | Kenneth D. Simmons | 21492 |
| B89838 | Sonny R. Pilgrim | 21498 |
| A81692 | Raymond Scott | 21499 |
| S09192 | David Mowery | 21501 |
| S11301 | Billy Herndon | 21510 |
| M06229 | Cody Ward | 21520 |
| B44029 | Tyrone Daniel | 21530 |
| B86220 | Kyle C. Prince | 21531 |
| N94266 | William Ransom | 21532 |
| S06551 | Tyler Newlin | 21533 |
| M09390 | Kenneth Shuell | 21534 |
| M48106 | Kenneth G. Howard | 21557 |
| B51614 | Wesley Smallwood | 21560 |
| B24338 | Mark A. Evans | 21561 |
| N10365 | Israel Ramos | 21562 |
| N70498 | Roosevelt Carr | 21563 |
| R13399 | Russell M. Carpenter | 21564 |
| S06562 | William Jeffers | 21565 |
| R18161 | James L. Block | 21566 |
| B87591 | Justin Heflin | 21567 |
| N61595 | Darrion Foote | 21570 |
| A71709 | Karl Fenner | 21574 |
| K82228 | Terry Klauzer | 21591 |
| S13860 | Kyle Bird | 21596 |

| | | |
|---|---|---|
| N04417 | Tuhran A. Lear | 21597 |
| N42721 | Kevin White | 21598 |
| M25639 | David Sidener | 21600 |
| R26210 | Randall S. Gross | 21601 |
| S00347 | Kevin M. Slaten | 21602 |
| S15709 | Justin Babbitt | 21603 |
| R01992 | Nicholas Panoski | 21609 |
| Y11917 | Cornelius J. Hanneman | 21610 |
| N67713 | James Miller | 21612 |
| Y19588 | Jacob W. Hall | 21613 |
| Y12975 | Jeremy R. Lannen | 21620 |
| Y17047 | Richard A. Rodgers | 21622 |
| N94738 | Clifford R. Bellars | 21629 |
| N32611 | Willie McClain | 21632 |
| N24337 | Larry Gibson | 21633 |
| K53440 | Glen G. Davis, III | 21638 |
| N32432 | Anthony Dixon | 21640 |
| S16240 | William M. Mundy | 21641 |
| A61492 | Charles Bivens | 21647 |
| Y18963 | Sean M. Huckaby | 21648 |
| Y20169 | Larry Linton | 21649 |
| S16878 | Jonathan D. Graham | 21651 |
| Y22873 | Dustin Loveless | 21652 |
| B80265 | Larry Stowers | 21653 |
| S10268 | Michael Garrison | 21662 |
| S13194 | Brandon Hagopian | 21663 |
| Y16334 | Joshua Magnuson | 21664 |
| S16124 | Dustin Wallis | 21665 |
| M53174 | Paul Tinch | 21677 |
| M07996 | Geoffrey P. Seymore | 21680 |
| B61148 | Dwayne T. Jackson | 21687 |
| Y19012 | Gary Smith | 21688 |
| K88895 | Ronald C. Crist | 21689 |
| B87699 | Nathan A. Johnson | 21690 |
| N46020 | Antoine Shipp | 21693 |
| M19376 | Lionel DeBouse | 21698 |
| A80360 | Charles Freeman | 21699 |
| N20128 | David Hernandez | 21700 |
| B20807 | Robert A. Roe | 21706 |
| N96359 | Charles N. Wenzel | 21707 |
| R02381 | Stefan Crisabasan | 21710 |
| R46217 | Christopher K. Cunico | 21713 |
| M49574 | Darin A. Duitsman | 21725 |
| Y10535 | Bradley J. Farrell | 21726 |

| | | | |
|---|---|---|---|
| B27102 | Theodore Holmes | | 21727 |
| B34329 | Terry Beverly | | 21729 |
| R43233 | Gregory Vik | | 21731 |
| B87894 | Dustin W. Cobb | 21732 | |
| N67514 | John P. Moore | | 21733 |
| S05638 | Larry R. Maher | | 21734 |
| S04539 | Jason Puckett | | 21735 |
| R50634 | Joseph M. Faris | 21738 | |
| B03459 | Kevin C. Allen | | 21739 |
| R56815 | Alonzo Pratt | | 21744 |
| Y21992 | Gregory L. Brooks | 21745 | |
| Y18102 | Jacob K. White | 21747 | |
| A62838 | Donald Jones | 21749 | |
| A60185 | John Lombardi | 21750 | |
| B19663 | Douglas W. Shull | | 21751 |
| B29020 | Joseph A. Garcia | | 21765 |
| Y24498 | Timothy J. Rudzinski | | 21768 |
| B23470 | Jesse C. Garmon | | 21777 |
| B88824 | Brandon Robles | | 21778 |
| A73756 | Anthony W. Diamond | | 21782 |
| R91679 | Tabitha D. Carwile | | 21783 |
| Y21475 | Ryan Whary | | 21787 |
| K02447 | Terry D. Becker | | 21788 |
| Y11710 | Joseph E. Hicks | | 21789 |
| R18479 | Jose Pacheco | | 21791 |
| M28172 | Geoffrey M. Hardy | 21792 | |
| S09875 | Kent A. Cripe | | 21797 |
| S08033 | Kirk E. Johnston | 21798 | |
| R14946 | Carlton Watkins | 21799 | |
| A80212 | Masada Rasheem | 21802 | |
| S10963 | Christopher Oatsvall | | 21803 |
| Y22425 | James Hyder | | 21807 |
| B81195 | Jesus A. Taborn | | 21814 |
| R00298 | Frank Ray | | 21815 |
| A70453 | Clyde Bradley | | 21816 |
| Y23358 | Bradley A. Walker | | 21829 |
| Y26749 | Joshua M. Hewlett | 21832 | |
| Y23938 | Blake Howell | 21833 | |
| R12829 | Antonio Camacho | | 21845 |
| S16647 | Jonathan Graves | 21846 | |
| S06267 | Charles W. Hatton | | 21847 |
| B29766 | William Holtz | | 21848 |
| N98906 | Daniel O'Shea | | 21849 |
| N01730 | Derek Proctor | | 21852 |

| | | | |
|---|---|---|---|
| N06334 | John Reynolds | 21858 | |
| N50816 | Luis Gaston | | 21861 |
| S13971 | Nathan W. Ellison | | 21863 |
| Y25369 | David J. Hayes | | 21864 |
| R142645 | Ephriam Marks | | 21868 |
| N98945 | Shannon Crane | | 21871 |
| S13193 | Bradley Loy | 21877 | |
| M42598 | Sylvester Boston | | 21886 |
| C70122 | Robert Gorham | | 21890 |
| Y21078 | Jeffrey Barden | | 21893 |
| M47767 | Thomas A. Brown | 21894 | |
| Y24355 | Tristan Holloway | | 21895 |
| Y12080 | Ryan Nance | | 21899 |
| M08151 | Darin McDaniels | | 21903 |
| A90478 | James H. Thomas | 21909 | |
| N61174 | Kenneth Daugherty | | 21910 |
| N94884 | Terry A. Tinder | | 21911 |
| S14125 | Jerry L. Jett | 21912 | |
| R20913 | Gregory A. Smith | | 21913 |
| R14166 | David Lewis | 21914 | |
| Y25766 | Daniel Brackney | | 21915 |
| Y24911 | Joseph Frazier | 21916 | |
| N00900 | Charles Russell | | 21917 |
| K91160 | Earl Scott Roark | | 21918 |
| B85445 | Christopher N. Hornback | 21919 | |
| K98924 | Jerry L. Osmon | | 21920 |
| Y26207 | Taylor J. Robinson | | 21921 |
| K96066 | Wayne L. Tucker | | 21922 |
| B86905 | Joshua Clark | | 21924 |
| R27702 | Matthew West | | 21929 |
| A72159 | Floyd Richardson | 21935 | |
| S15104 | Zachary Schuette | 21936 | |
| A82768 | Dennis Emerson | | 21937 |
| Y15391 | Matthew Woods | | 21938 |
| N43140 | Jerry L. Pitte | 21942 | |
| R01928 | Jeremy Shadle | 21945 | |
| K96768 | Virgil W. Riley | | 21950 |
| B14711 | Robert Webb | | 21964 |
| Y25666 | Harley J. Logan | | 21972 |
| N10584 | Melvin DeVost, Sr. | 21979 | |
| Y20405 | James A. Pritchard | 21980 | |
| M07773 | Michael Neidig | | 21981 |
| S14043 | Austin J. Fanning | | 21983 |
| N80583 | Darren Griggs | | 21985 |

| | | |
|---|---|---|
| Y23216 | Steve M. Madden | 21986 |
| S06020 | David A. Rothe | 21987 |
| Y20689 | Robert J. Terry | 21988 |
| Y22725 | Nicole Bryant | 21994 |
| S14076 | Cody J. Dallas | 21995 |
| R31847 | Erik Follis | 21996 |
| S14067 | Aaron C. Berta | 21999 |
| K71658 | Anthony Zayas | 22000 |
| S15320 | Christopher M. Cherry | 22016 |
| N81518 | Richard Makowski | 22025 |
| N94994 | David Altman | 22030 |
| Y12482 | Michael Tatera | 22031 |
| Y22198 | Judson Connaway | 22033 |
| Y20656 | Joshua Cowden | 22034 |
| R03493 | Brent E. Durflinger | 22035 |
| S11426 | Michael Schumm | 22036 |
| Y29878 | Brandon Townsend | 22039 |
| Y23066 | Carrie A. Graham | 22059 |
| S14295 | Lonnie S. Williamson, Jr. | 22062 |
| Y24965 | Tyler Sams | 22068 |
| R18138 | Ivan Buchanan | 22078 |

2. The Plaintiffs have all been diagnosed through blood work as carrying the Hepatitis C virus.

3. That Dr. Shicker succeeded Dr. Puisis as medical director. Dr. Meeks succeeded Dr. Shicker. They adopted and maintain a policy which provides no treatment until a person with Hepatitis C has 2 years left on his sentence and has at least stage III fibrosis. That policy has been amended at times but still excludes prisoners who can be treated within their term either based on length of stay or fibrosis level.

4. Defendant IDOC is the state agency charged with running the prison system and are joined so as to allow complete injunctive relief.

5. Wexford currently administers most of the medical care within IDOC. They are joined so that any injunctive relief which would be granted could be enforced against the actual

medical providers. In addition, the Plaintiffs' claim that this Defendant by and through its agents committed medical negligence.

6. Plaintiffs in custocy have exhausted all administrative remedies available to them. Further, Defendants have adopted a policy that all grievances in this matter are to be denied without consideration making further administrative efforts futile.

## FACTUAL CLAIMS

7. Hepatitis C is a potentially fatal disease which if left untreated may cause cirrhosis, or destruction of the liver, may lead to liver cancer and causes other symptoms to those it afflicts thus it poses a substantial risk of serious harm to Plaintiffs.

8. Defendants know that Hepatitis C poses a substantial risk of serious harm to the Plaintiffs.

9. A highly effective chemical treatment consisting of FDA approved direct acting antiviral drugs for Hepatitis C is available, which has been shown to reduce the cure of Hepatitis C and have increased "cure" rates to 95%.

10. Before initiating this chemical treatment, however, the usual clinical step is to refer the patient to a specialist to determine a geno-type of the virus and fibrosis level.

11. None of the Plaintiffs have received proper medical care for his or her Hepatitis C.

12. IDOC, through Defendants, claims to follow the federal guidelines for treatment of Hepatitis C, and the guidelines of the AASLD, they set artificial barriers to treatment and take whatever steps they can to avoid treating Plaintiffs. They refuse to treat Plaintiffs who have fibrosis levels below F3 even though such treatment is the current standard of care and is a "medical necessity." The AASLD recommends treatment of all infected patients and that is the current

standard of care. New studies have shown that failure to treat at early stages is actually more costly and the failure to treat causes a decrease in mortality.

13. Treatment for Hepatitis C is more effective when it is begun early in the course of the disease. However, if treatment is postponed, adverse effects of the disease and the necessity of a liver transplant become much more likely. Liver transplants are painful, difficult to obtain, and result in a lower recovery rate than the chemical treatment available for the early stages of Hepatitis C infection. In addition, chronically infected Hepatitis patients have a 2.3 - 3.7 times higher incident of other maladies as a result of the untreated infection.

14. Defendants refuse to administer the Hepatitis C chemical treatment to Plaintiffs.

15. By refusing to treat Plaintiffs for Hepatitis C, Defendants are deliberately indifferent to the substantial risk of serious harm faced by the Plaintiffs. Many Plaintiffs have suffered and have died since the suit was filed and similar suits, Plaintiffs will die before this case is over unless the Defendants are ordered to begin treatment.

16. Defendants' refusal to treat Plaintiffs for Hepatitis C is a willful and intentional deprivation meriting a punitive damage award against Defendants.

17. Defendant' refusal to treat Plaintiffs for Hepatitis C is causing and continues to cause irreparable harm to Plaintiffs.

18. Defendants' refusal to treat Plaintiffs for Hepatitis C is causing the Plaintiffs compensable pain and suffering.

WHEREFORE, Plaintiffs pray this court for injunctive relief in the form of an order to administer Hepatitis C treatment, follow federal guidelines in treating Hepatitis C including referral to a specialist and performing liver biopsies as soon as possible. Plaintiffs also pray for a

declaration that Defendants are violating the rights of Plaintiffs under the 8th and 14th Amendments to the United States Constitution.  Plaintiffs also pray for their attorney's fees pursuant to 42 U.S.C.§ 1988.   Finally, Plaintiffs pray for damages from the Defendants in the sum of One Million Dollars ($1,000,000.00) each for the pain and suffering they have had to endure as a result of Defendants' constitutional violations and the cost of treatment and One Million Dollars ($1,000,000.00) each in punitive damages together with their costs of this action.

COUNT II

NOW COME the Plaintiffs, by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for Complaint against WEXFORD CORP. and the ILLINOIS DEPARTMENT OF CORRECTIONS, say:

1.   That Wexford is a contract provider of medical care for inmates imprisoned in the Illinois Department of Corrections.

2.   That Dr. Mahesh C. Patel and Dr. Jeremy Young are physicians licensed in the state of Illinois and are providing care to Hepatitis C patients through and agreement with the Illinois Department of Corrections.

3.   That the agents and employees of Wexford who provide medical care do so within the scope and course of their employment or agency with Wexford and Wexford is vicariously liable for the conduct of said employees.

4.   That on and after February 16, 2016, the pronouncements of the American Association for the Study of Liver Disease and the pronouncements of the Infectious Disease Society of American formed the standard of care for the treatment of Hepatitis C in the United States and internationally.

5. That the Defendants had a duty to provide medical care within the standard of care to the Plaintiffs.

6. That the Defendants negligently and carelessly failed and omitted to use that degree of skill and care required of doctors practicing medicine in the United States and in the State of Illinois in providing care to the Plaintiffs in that they failed and refused to prescribe Harvoni or similar medications for the treatment of patients infected with Hepatitis C without regard to fibrosis level.

7. That as a direct and proximate result of the negligence of the Defendants aforesaid, the Plaintiffs were injured. Said injury included pain and suffering, future pain and suffering, ongoing damage to their liver, complications from exposure to Hepatitis C and emotional distress incurred in knowing that they had a potentially fatal disease which could be treated but was not.

8. That a letter of merit from Dr. Martin Prosky is attached hereto as EXHIBIT A pursuant to § 622 of the Illinois Code of Civil Procedure.

WHEREFORE, Plaintiffs pray judgment against the Defendants for a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) together with costs of this action.

## COUNT III

1. That Wexford is a contract provider of medical care for inmates imprisoned in the Illinois Department of Corrections.

2. That the agents and employees of Wexford who provide medical care do so within the scope and course of their employment or agency with Wexford and Wexford is vicariously liable for the conduct of said employees.

3. That on and after February 16, 2016, the pronouncements of the American Association

for the Study of Liver Disease and the pronouncements of the Infectious Disease Society of American formed the standard of care for the treatment of Hepatitis C in the United States and internationally.

4. That the Defendants had a duty to provide medical care within the standard of care to the Plaintiffs.

5. That the Defendants committed deliberate indifference in that they negligently and carelessly failed and omitted to use that degree of skill and care required of doctors practicing medicine in the United States and in the State of Illinois in providing care to the Plaintiffs in that they failed and refused to prescribe Harvoni or similar medications for the treatment of patients infected with Hepatitis C.

6. That as a direct and proximate result of the deliberate indifference of the Defendants aforesaid, the Plaintiffs were injured. Said injury included pain and suffering, future pain and suffering, ongoing damage to their liver, complications from exposure to Hepatitis C and emotional distress incurred in knowing that they had a potentially fatal disease which could be treated but was not.

7. That pursuant to the contract between Wexford and the Illinois Department of Corrections, Wexford is liable for a penalty for each day in which they are found to be deliberately indifferent to the care of Plaintiffs.

8. That pursuant to the provisions of the contract the Plaintiffs are entitled to penalties in a sum in excess of $10,000,000.00.

WHEREFORE, Plaintiffs pray judgment against the Defendants for a sum in excess of TEN MILLION DOLLARS ($10,000,000.00) together with costs of this action.

MICHAEL GLOVER, et al, Plaintiffs

By /s/ H. Kent Heller_____
Of Heller, Holmes & Associates, P.C.
Their Attorneys

## JURY DEMAND

Plaintiffs hereby demand trial by jury.

MICHAEL GLOVER, et al., Plaintiffs

By  / s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

glover 20939 10.09.18 complaint